864 A.2d 527

**Steven A. GALLANT, Jr., Respondent**

v.

**COMMONWEALTH of Pennsylvania DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 3, 2005.

---

## ORDER

PER CURIAM.

AND NOW, this 3rd day of January, 2005, we **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Commonwealth Court based on our decision in *Siekierda v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* 860 A.2d 76 (Pa.2004).